Burnett Bush, Respondent, v. City of Jamestown, Appellant, and Jamestown, Westfield and Northwestern Railroad Company, Defendant.— Order affirmed, with ten dollars costs and disbursements. Memorandum: Without for the present committing ourselves further, we hold that a cause of action is stated for damages suffered by plaintiff before June 20, 1938, without alleging presentation of a written claim for damages to the defendant City of Jamestown. All concur. (The order denies a motion by defendant City for a dismissal of plaintiff's complaint and for summary judgment in an action to recover damages for the flooding of plaintiff's property.) Present — Crosby, P. J., Cunningham, Dowling, Harris and McCurn, JJ.

Grace G. Hess, as Executrix, etc., of Christina Stowell, Deceased, Appellant, v. Clarence D. Stowell and Grace G. Hess, Defendants. National Casualty Company, Respondent.— Order affirmed, without costs of this appeal to either party. Memorandum: The plaintiff Mrs. Hess, as executrix, sues herself individually as one of the defendants in this action. An answer on behalf of the defendant Hess has been served by a firm of attorneys employed by the insurance company in which Mrs. Hess is insured against liability. The plaintiff executrix seeks to strike out this answer on the ground that the defendant Hess has not consented to the form and contents of such answer. In support of this motion an affidavit is made by Mrs. Hess in which she states that she is the plaintiff but does not state that she is a defendant in the action and does not make her motion in her capacity as defendant. The motion was denied and the plaintiff appeals therefrom. The defendant Hess has not joined in the appeal and is not before this court claiming that the answer filed is not her answer. At no time has the defendant Hess alleged that the attorneys who filed the answer are not her attorneys or that they have not the right to appear for her. The answer was verified by one of that firm of attorneys. The plaintiff upon the record in this case is without authority to make this motion. The defendant Hess is a party to this action, is an adult and is competent to protect her own rights. All concur. (The order denies plaintiff's motion to require the attorneys for the National Casualty Company to withdraw an answer interposed by them in behalf of defendant Grace G. Hess.) Present — Crosby, P. J., Cunningham, Dowling, Harris and McCurn, JJ.

Frank Ellis, Respondent, v. City of Geneva, Appellant.— Same decision and like cause of action as in companion case last above. [See ante, p. 502.] Present — Crosby, P. J., Cunningham, Dowling, Harris and McCurn, JJ.

The People of the State of New York, Respondent, v. Thomas F. Bavisotto, Appellant.— Judgment of conviction affirmed. We find no errors or defects in the record which affect a substantial right of the defendant. (Code Crim. Proc. § 542.) All concur. (The judgment convicts defendant of the crime of robbery, first degree.) Present — Crosby, P. J., Taylor, Dowling, Harris and McCurn, JJ.